| | |
|---|---|
| STEPHEN M. HAYES (SBN 83583)<br>STEPHEN P. ELLINGSON (SBN 136505)<br>JAMIE A. RADACK (SBN 221000)<br>HAYES SCOTT BONINO & ELLINGSON, LLP<br>203 Redwood Shores Parkway, Suite 480<br>Redwood City, California 94065<br>Telephone: 650.637.9100<br>Facsimile: 650.637.8071<br><br>Attorneys for Defendant<br>STATE FARM GENERAL INSURANCE COMPANY<br><br>JOHN T. BELL (SBN 209941)<br>LAW OFFICES OF JOHN T. BELL<br>151 Callan Ave., Suite 102<br>San Leandro, CA 94577<br>Telephone: 510.895.4044<br>Facsimile: 510.895.4077<br><br>Attorney for Plaintiff<br>TYRONE WILLIAMS | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE WILLIAMS,<br><br>        Plaintiff,<br><br>  vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, INCLUSIVE,<br><br>        Defendants. | CASE NO. 17-cv-03415 RS<br><br>**STIPULATION TO CONTINUE ENE DEADLINE AND [PROPOSED] ORDER** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    This stipulation to continue the Early Neutral Evaluation Deadline in the above-referenced matter is made and entered into by and between plaintiff Tyrone Williams ("Williams"), and defendant State Farm General Insurance Company ("State Farm"), referred to collectively as the "Parties."

## RECITALS

1. WHEREAS, counsel for the Parties have conducted the initial Early Neutral Evaluation conference call with Neutral Thomas Reese;

2. WHEREAS, during that call, it was determined that the earliest date Mr. Reese and the Parties were mutually available is January 18, 2018;

3. WHEREAS, the Court's September 21, 2017 Case Management Order referred the case to Early Neutral Evaluation for the purpose of engaging in Early Neutral Evaluation to take place, "ideally, within the next 90 days;"

4. For these reasons, the Parties have agreed to stipulate to extend the deadline to complete Early Neutral Evaluation to January 31, 2018.

## II.
## STIPULATION

The Parties hereby stipulate to continue the deadline to complete Early Neutral Evaluation to January 31, 2018.

Dated: March 15, 2017  LAW OFFICES OF JOHN T. BELL

By: _/S/ John T. Bell_
    JOHN T. BELL
    Attorneys for Plaintiff
    TYRONE WILLIAMS

Dated: March 15, 2017  HAYES SCOTT BONINO & ELLINGSON, LLP

By _/S/ Jamie A. Radack_
    STEPHEN M. HAYES
    STEPHEN P. ELLINGSON
    JAMIE A. RADACK
    NICOLE C. WEBSTER
    Attorneys for Defendant
    STATE FARM GENERAL INSURANCE
    COMPANY

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulated request by all Parties to this action and good cause appearing, the Court ORDERS that the deadline to complete the Early Neutral Evaluation in this matter is hereby continued to January 31, 2018.

IT IS SO ORDERED.

Dated: 11/20, 2017

/s/ Richard Seeborg
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA