STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (SBN 221000)
HAYES SCOTT BONINO ELLINGSON
GUSLANI SIMONSON & CLAUSE LLP
999 Skyway Road, Suite 310
San Carlos, CA 94070
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TYRONE WILLIAMS, | CASE NO. 17-cv-03415 RS |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER** |
| vs. | **[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |
| STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 10, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by plaintiff Tyrone Williams by and through his attorney of record, John T. Bell of the Law Offices of John T. Bell and defendant State Farm General Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Scott Bonino Ellingson Guslani Simonson & Clause LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with the parties to bear their own costs and attorney fees.

Dated: August 2, 2018          LAW OFFICES OF JOHN T. BELL

                               By  */S/ John T. Bell*
                                   JOHN T. BELL
                                   Attorney for Plaintiff
                                   TYRONE WILLIAMS

877499

- 1 -

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. 17-cv-03415 RS**

Dated: August 2, 2018     HAYES SCOTT BONINO ELLINGSON
                          GUSLANI SIMONSON & CLAUSE LLP


                          By  */S/ Stephen P. Ellingson*
                             STEPHEN M. HAYES
                             STEPHEN P. ELLINGSON
                             JAMIE A. RADACK
                             Attorneys for Defendant
                             STATE FARM GENERAL INSURANCE
                             COMPANY


                          **[PROPOSED] ORDER**

IT IS SO ORDERED




Dated: __8/6__, 2018

                          By _____[signature: Richard Seeborg]_____
                             HONORABLE RICHARD SEEBORG
                             UNITED STATES DISTRICT COURT –
                             NORTHERN DISTRICT